## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE CHOICE IS YOURS, INC., ET AL.** | : | |
| **Plaintiffs,** | : | |
| v. | : | |
| **THE CHOICE IS YOURS, ET AL.** | : | CIVIL ACTION NO. |
| **Defendants.** | : | 2:14-cv-01804-EGS |
| | : | |

### RULE 7.1 DISCLOSURE STATEMENT FOR
### OGONTZ AVENUE REVITALIZATION CORP.

The nongovernmental corporate party, Defendant Ogontz Avenue Revitalization Corp., in the above-listed civil action is a nonprofit corporation and does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Angela M. Guarino*
Anthony B. Haller
Attorney ID No.: 37017
Jessamyne M. Simon
Attorney ID No.: 51417
Angela M. Guarino
Attorney ID No.: 309322
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: 215-569-5500
Fax: 215-832-5500
*Attorneys for Defendant*
*Ogontz Avenue Revitalization Corp.*

Dated: September 4, 2014