IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHOICE IS YOURS, INC., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 14-1804 |
| | : | |
| THE CHOICE IS YOURS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of March, 2015, in consideration of Plaintiff's March 7, 2015 letter Motion to Compel Discovery Answers from The Choice is Yours (District Attorney Program) and the Philadelphia District Attorney's Office (the "Defendants"), the Defendants' letter response, and the amended discovery responses produced by the Defendants, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE