IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHOICE IS YOURS, INC., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 14-1804 |
| | : | |
| THE CHOICE IS YOURS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of March, 2015, in consideration of Defendant Ogontz Avenue Revitalization Corporation's ("OARC") February 27, 2015 letter motion for contempt against Plaintiffs concerning whether Plaintiffs' Amended Complaint (Doc. No. 55) is verified, Plaintiffs' March 11, 2015 letter response, OARC's March 18, 2015 supplement to its letter motion, and Plaintiffs' March 25, 2015 letter response to OARC's supplement, along with the arguments made before the Court during the telephone conference held on March 31, 2015 and Plaintiffs' representation during the conference that the Amended Complaint is not verified, **IT IS HEREBY ORDERED** that Defendant OARC's letter motion is **GRANTED IN PART** and the Amended Complaint shall proceed as an unverified complaint. OARC may also submit a letter motion for fees and costs for its last letter submission to the Court by April 10, 2015. Plaintiffs may respond within five days of receiving the letter motion.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE