UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHOICE IS YOURS, INC.; and<br>JAMES SMALLWOOD,<br><br>             Plaintiffs,<br>    v.<br><br>SETH WILLIAMS, *District Attorney*;<br>WILSON GOODE, *Mayor*;<br>PUBLIC/PRIVATE VENTURES; and<br>THE CITY OF PHILADELPHIA,<br><br>             Defendants. | No. 2:14-cv-01804 |

## O R D E R

And now, this 30th day of September, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. The Motion for Summary Judgment of Defendants, The City of Philadelphia and District Attorney Seth Williams, ECF No. 191, is **GRANTED IN PART AND DENIED IN PART**. The Motion is granted with respect to each of Plaintiffs' claims, with the exception of Plaintiffs' claims under 15 U.S.C. § 1114(a) and 15 U.S.C. § 1125(a)(1)(A) and Plaintiffs' claims for unjust enrichment.

2. The Motion for Summary Judgment of Defendant Mayor Wilson Goode, ECF No. 195, is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendant Goode and against Plaintiffs. The Clerk of Court is directed to terminate Defendant Goode as a party to this action.

3. The Motion for Summary Judgment of Defendant, Public/Private Ventures, ECF No. 196, is **GRANTED IN PART AND DENIED IN PART**. The Motion is

granted with respect to each of Plaintiffs' claims, with the exception of Plaintiffs' claims under 15 U.S.C. § 1114(a) and 15 U.S.C. § 1125(a)(1)(A) and Plaintiffs' claims for unjust enrichment.

4. A status conference to set deadlines for the remainder of this action will be scheduled by the Court.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge